**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DIXON A. CABRERA,**

        **Plaintiff,**

**-vs-**                                 **Case No. 6:10-cv-241-Orl-28GJK**

**ROSE LEA INTERNATIONAL SERVICES, INCORPORATED, ROSEMARIE A.E. MORRIS,**

        **Defendants.**
_____

# ORDER

This case is before the Court on Plaintiff's Motion for Entry of Judgment in Accordance with Defendants' Offer of Judgment and Plaintiff's Acceptance of Offer of Judgment (Doc. No. 37) filed August 24, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed December 30, 2011 (Doc. No. 44) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Entry of Judgment in Accordance with Defendants' Offer of Judgment and Plaintiff's Acceptance of Offer of Judgment (Doc. 37) is **GRANTED** to the

extent the Court finds the offer of judgment to be a fair and reasonable resolution of a bona fide Fair Labor Standard Act dispute.

    3.    This case is dismissed with prejudice.

    4.    The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___25th___ day of January, 2012.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

JOHN ANTOON II
United States District Judge